In the Matter of the Accounting of MARY T. MCAULIFFE, as Executrix of WILLIAM A. WALSH, Deceased, Appellant; JAMES E. WALSH, Respondent.

Argued April 19, 1938; decided May 17, 1938.

*Hugo Wintner, Robert P. Schur* and *John E. Gruning* for appellant.

*Miles F. McDonald* and *Joseph F. Kelly* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.